IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MANGANARO MIDATLANTIC, LLC<br>6405-D Ammendale Road<br>Beltsville, Maryland 20705 | * * * * | |
| Plaintiff | * * | |
| v. | * * | Case No.:_____ |
| STRUCTURE TONE, INC.<br>770 Broadway, 9th Floor<br>New York, New York 10003 | * * * * | |
| SERVE ON:<br>CSC-LAWYERS INCORPORATING<br>SERVICE COMPANY<br>7 St. Paul Street, Suite 820<br>Baltimore, Maryland 21202 | * * * * * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**COMPLAINT AND DEMAND FOR JURY TRIAL**

COMES NOW Manganaro Midatlantic, LLC ("MMA"), Plaintiff, by undersigned counsel, and files this Complaint against defendant, Structure Tone, Inc., and for its cause of action states:

**THE PARTIES**

1. Plaintiff, MMA, is a Maryland limited liability company. Manganaro's principal place of business is located at 6405-D Ammendale Road, Beltsville, Maryland, 20705.

2. The sole member of MMA is Manganaro North America, LLC, (hereinafter "MNA") which is a limited liability company created under the laws of Massachusetts with its principal place of business located at 6405-D Ammendale Road, Beltsville, Maryland, 20705.

3. The four members of MMA are as follows:

      a.      Thomas Vagrin, a citizen of the State of Maryland;

      b.      David Manganaro, a citizen of the State of Massachusetts;

      c.      The Irrevocable Trust of John B. Manganaro, Jr. for the benefit of Leah M. Paglia (hereinafter "Trust#1"), a trust formed under the laws of the State of Massachusetts. Geraldine Manganaro, Trustee of Trust #1, is a citizen of the State of Massachusetts; and

      d.      The Irrevocable Trust of John B. Manganaro, Jr., for the benefit of Carla B. Ward (hereinafter "Trust #2"), a trust formed under the laws of the State of Massachusetts. Geraldine Manganaro, Trustee of Trust #2, is a citizen of the State of Massachusetts.

4. Upon information and belief, Defendant, Structure Tone, Inc. (hereinafter "Structure"), is a corporation formed under the laws of the State of New York with its principal place of business located at 770 Broadway, 9th Floor, New York, New York 10003.

## VENUE AND JURISDICTION

5. This court has jurisdiction pursuant to the 28 U.S.C. § 1332.

6. The contract at issue was to be performed and executed in Washington, D.C. Venue therefore lies in the United States District Court for the District of Columbia pursuant to 28 U.S.C. § 1391(b)(2)

## FACTS

7. Upon information and belief, the law offices of Covington & Burling, LLP are located at 800 & 850 Tenth Street, NW, Washington, D.C. 20001-4956.

8. On or about December 6, 2013, MMA entered into Subcontract #13000422011 with Structure (hereinafter the "Subcontract"), by the terms of which MMA undertook to

perform certain drywall, textured ceiling and other construction work and services for Structure Job Number 13000422 titled "Covington & Burling" (hereinafter the "Project").

9. MMA performed its obligations under the Subcontract in a careful and prudent manner and in accordance with industry standards, subject to the directions of Structure. MMA also performed change order work and extra work in accordance with the authorization of, and at the express direction of, Structure in a careful and prudent manner and in accordance with industry standards.

10. Structure has failed and refused to pay MMA for work performed pursuant to written change orders issued by Structure, extra work performed in accordance with the authorization of, and at the express direction of, Structure, and the outstanding balance due under the Subcontract.

## COUNT I – BREACH OF CONTRACT

11. MMA incorporates by reference the preceding paragraphs of its Complaint as if fully rewritten herein.

12. By virtue of the Subcontract, the written and verbal assurances given by Structure to MMA, and the course of dealing and conduct among the parties, there was a contract between Structure and MMA.

13. Pursuant to that contract, Structure promised, among other things, to pay MMA in full for the labor, material and/or equipment which MMA provided to Structure for use in the Project.

14. Structure breached the contract by failing to pay for the labor, material and/or equipment which MMA furnished to Structure for use in the Project.

15.     MMA properly and competently performed all of its obligations under the contract between Structure and MMA.

16.     As a direct and proximate result of Structure's material breaches of contract, MMA has been damaged in the amount of at least One Million Three Hundred Twenty Four Thousand Three Hundred Ninety Six Dollars ($1,324,396.00), plus interest and its costs expended in prosecuting this matter.

WHEREFORE, the plaintiff, Manganaro Midatlantic, LLC, requests judgment in its favor and against Structure Tone, Inc., in the principal amount of One Million Three Hundred Twenty Four Thousand Three Hundred Ninety Six Dollars ($1,324,396.00), plus interest and its costs, and such other relief, legal or equitable, that this Court deems suitable and proper.

## COUNT II—UNJUST ENRICHMENT

17.     MMA incorporates by reference the preceding paragraphs of its Complaint as if fully rewritten herein.

18.     MMA performed change order work and extra work in accordance with the authorization of, and at the express direction of, Structure in a careful and prudent manner and in accordance with industry standards for the benefit of Structure for use in the Project.

19.     Structure has failed and refused to pay MMA for the change order work and extra work performed for the benefit of Structure for use in the Project.

20.     The reasonable value of the labor, material and/or equipment which MMA provided to Structure through change order work and extra work performed in accordance with the authorization of, and at the express direction of Structure is One Million Fifty Three Thousand Nine Hundred Thirty Five Dollars ($1,053,935.00) and this amount remains unpaid and outstanding.

21. Structure has failed and refused to pay the full amount due and owing despite MMA's repeated demands for payment.

22. Structure has been unjustly enriched in the amount of at least One Million Fifty Three Thousand Nine Hundred Thirty Five Dollars ($1,053,935.00) and as such, MMA is entitled to recovery of the value of those services rendered but not paid, plus interest, and its costs expended in prosecuting this action.

WHEREFORE, the plaintiff, Manganaro Midatlantic, LLC, requests judgment in its favor and against Structure Tone, Inc., in the principal amount of One Million Fifty Three Thousand Nine Hundred Thirty Five Dollars ($1,053,935.00), plus interest and its costs, and such other relief, legal or equitable, that this Court deems suitable and proper.

Manganaro Midatlantic, LLC

By: _____
(Of Counsel)

Howard G. Goldberg
Federal Bar No. 392070
Goldberg & Banks, P.C.
1829 Reisterstown Rd., Suite 120
Baltimore, MD 21208
Phone: 410.580.9530
Fax: 410.580.9539
hgoldberg@gbpclawfirm.com

### DEMAND FOR JURY TRIAL

Plaintiff, Manganaro Midatlantic, LLC, hereby demands a jury trial in this action.

_____
Howard G. Goldberg