**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MANGANARO MIDATLANIC, LLC | : |
| | : |
|     Plaintiff/Counter-Defendant, | : |
| | : |
| v. | : Case No.1:15-CV-00468-JEB |
| | : |
| STRUCTURE TONE, INC. | : |
| | : |
|     Defendant/Counter-Plaintiff. | : |

**DEFENDANT/COUNTER-PLAINTIFF'S COUNTERCLAIM**

COMES NOW the Defendant/Counter-Plaintiff Structure Tone, Inc. (hereinafter "STI"), by and through counsel Shawn C. Whittaker and Whittaker & Associates, PC, and submits this Counterclaim against the Plaintiff/Counter-Defendant Manganaro Midatlantic, LLC's (hereinafter "MMA") Complaint, and in support thereof states the following:

**PARTIES**

1. STI is a New York corporation registered to do business in the District of Columbia with a principal place of business at 770 Broadway, 9th Floor, New York, NY 10003. STI is a general contractor.

2. MMA is a Maryland limited liability company with a principal place of business at 6405-D Ammendale Road, Beltsville, MD 20705. MMA is a masonry subcontractor.

**FACTS RELEVANT TO ALL COUNTS**

COUNTERCLAIM - 1                                                  WHITTAKER & ASSOCIATES, PC

3.   STI entered into a contract with Covington & Burling, LLP to perform certain renovations at Covington & Burling, LLP's office located in Washington, DC (hereinafter "Project").

4.   On December 6, 2013, STI subcontracted the drywall, textured ceiling, and other construction work to MMA. *See copy of Subcontract attached as Ex. 1.*

5.   The total amount of the base Subcontract was $5,500,000.00. *See Ex. 1 at pp. 4-7.*

6.   Throughout the course of the Project, STI approved change orders totaling $880,000.00.

7.   The total revised amount of the Subcontract with approved change orders was $6,380,000.00.

8.   STI paid MMA $5,809,262.30, leaving a remaining contract balance of $570,737.70.

9.   After STI subcontracted the work to MMA, MMA failed to promptly, diligently, and properly perform its scope of work pursuant to the Subcontract. *See MMA Punchlist attached as Ex. 2.*

10.   Further, MMA stopped work before finishing its work on the Project.

11.   The Project Architect has not accepted MMA's work. *See Ex. 2. See Letter attached as Ex. 3.*

12.   Despite numerous demands, MMA has refused to return to the Project and complete its work.

COUNTERCLAIM - 2

WHITTAKER & ASSOCIATES, PC
1010 Rockville Pike – Suite 607
Rockville, MD 20852
Tel: 301.838.4502 / Fax: 301.838.4505
shawn@whittaker-law.com

13. In failing to perform pursuant to the Subcontract and not complete its work on the Project, MMA breached the Subcontract.

14. Due to MMA not completing its work on the Project, STI has incurred, and will continue to incur, costs to complete MMA's work.

15. STI will incur damages in excess of $575,000.00 to complete MMA's scope of work.

## COUNT I
## BREACH OF CONTRACT

16. STI incorporates the preceding allegations as if fully stated herein and further states the following:

17. MMA executed a Subcontract with STI to provide construction services on the Project. *See Ex. 1.*

18. Pursuant to the Subcontract, MMA failed to promptly and diligently perform its work. *See Ex. 1. at Terms and Conditions ¶ 4.*

19. Pursuant to the Subcontract, MMA failed to properly perform its work. *Id. at ¶ 1.*

20. MMA did not complete its scope of work on the project.

21. The Architect and the Owner did not accept MMA's work.

22. MMA continues to refuse to complete its work.

23. MMA breached the Subcontract between the parties by failing to promptly, diligently and properly perform its work on

the Project, as well as refusing to complete its work on the Project.

24. STI has incurred and will continue to incur damages to complete MMA's work.

25. STI has been damaged as a result of MMA's breaches of contract in an amount in excess of $575,000.00.

26. Pursuant to ¶ 11.2 of the Subcontract, MMA agreed to be liable to STI for any damages, which includes STI's attorneys' fees, incurred by STI due to MMA's failure to comply with the Subcontract.

WHEREFORE, Plaintiff Structure-Tone, Inc. requests judgment against Defendant Manganaro Midatlantic, LLC for the following:

A. Compensatory damages in excess of $575,000.00;

B. Pre-judgment interest at the legal rate;

C. Attorneys' fees in an amount to be determined at trial;

D. Costs of this action; and

E. Any other remedy this Court deems necessary and proper.

        Respectfully submitted,

        /s/Shawn C. Whittaker
        Shawn C. Whittaker, #468533
        Whittaker & Associates, P.C.
        1010 Rockville Pike, Suite 607
        Rockville, MD 208
        Phone:   (301)838-4502
        Fax:     (301)838-4505
        shawn@whittaker-law.com

        Counsel for Structure Tone, Inc.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 23rd day of July, 2015, a copy of the foregoing Counterclaim was served, via e-filing, on Plaintiff/Counter-Defendant Manganaro Midatlantic, LLC, c/o: Howard G. Goldberg, Esq., Goldberg & Banks, P.C., 1829 Reisterstown Rd., Suite 120, Baltimore, MD 21208.

        /s/Shawn C. Whittaker
        Shawn C. Whittaker

COUNTERCLAIM - 5        WHITTAKER & ASSOCIATES, PC
1010 Rockville Pike – Suite 607
Rockville, MD 20852
Tel: 301.838.4502 / Fax: 301.838.4505
shawn@whittaker-law.com