**STRUCTURETONE**

**Structure Tone, Washington DC**
2300 Clarendon Boulevard Suite 900
Arlington VA  22201 USA

# SUBCONTRACT #13000422011

TO:     Manganaro Midatlantic, LLC

JOB NUMBER:   13000422
JOB NAME:     Covington & Burling
ADDRESS:      800 & 850 Tenth Street, NW
              Washington, DC

ATTN:
Vendor#:   00055386

You are hereby authorized to proceed with all labor and materials to complete the Drywall & Acoustical work at the above noted project, including but not necessarily limited to:

Scope of work:
ISSUED FOR PERMIT & PRICING DRAWINGS VOLUME 1 DATED 06.21.2013
ISSUED FOR PERMIT & PRICING DRAWINGS VOLUME 2 DATED 06.21.2013
ISSUED FOR PERMIT & PRICING DRAWINGS VOLUME 3 DATED 06.21.2013
ISSUED FOR PERMIT & PRICING DRAWINGS VOLUME 4 DATED 06.21.2013
PROJECT MANUAL VOLUME 1 DATED 06.21.2013
PROJECT MANUAL VOLUME 2 DATED 06.21.2013
ADDENDUM #1 DATED 07.01.2013
ADDENDUM #2 DATED 07.12.2013
ADDENDUM #3 DATED 07.17.2013
ADDENDUM #4 DATED 07.17.2013
ADDENDUM #5 DATED 08.05.2013
ADDENDUM #6 DATED 08.08.2013
BID RFI RESPONSE #1 DATED 07.09.2013
BID RFI RESPONSE #2 DATED 07.11.2013
BID RFI RESPONSE #3 DATED 07.12.2013
BID RFI RESPONSE #4 DATED 07.12.2013
BID RFI RESPONSE #5 DATED 07.18.2013
BID RFI RESPONSE #6 DATED 07.19.2013
ISSUED FOR CONSTRUCTION SET OF DRAWINGS DATED 09/27/2013
COMPLIANCE WITH LEED DOCUMENTATION AND REQUIREMENTS
ATTENDED SITE WALKTHROUGH
ADHERENCE TO CONSTRUCTION SCHEDULE (8 MONTHS)
BUILDING RULES & REGULATIONS
THIS CONTRACTOR SHALL BE RESPONSIBLE FOR ALL BID DOCUMENTS
THIS CONTRACTOR SHALL PROVIDE COORDINATION WITH ALL TRADES & CONSTRUCTION MANAGER
ALL FREIGHT & DELIVERY COSTS FOR SUPPLIED MATERIALS
DELIVERIES WILL BE PERFORMED DURING OFF HOURS
COORDINATION OF ALL DELIVERIES SUBMITTALS, SCHEDULING AND CLOSE OUT WITH STI'S PM & SUPERINTENDENT
LIFTS AND/OR STAGING REQUIRED TO PERFORM THIS SCOPE OF WORK
PROVIDE LABOR TO CLEAN ALL DEBRIS GENERATED BY YOUR WORK TO A CENTRAL LOCATION AS DESIGNATED BY STI
COORDINATED SHOP DRAWINGS
DC SALES TAX
PROVIDE MOCK UPS AS OUTLINED IN THE SPECIFICATIONS
SCOPE OF WORK INCLUDING BUT NOT LIMITED TO THE FOLLOWING:
Spec Sections
072100 - Building Insulation As Applies
078400 - Fire Stopping As Applies
083100 - Access Doors and Panels - Install Only
091000 - Non Structural Metal Framing
092900 - Gypsum Board
095100 - Acoustical Ceilings
095113 - Ceiling Transition System
DRYWALL
F/I DRYWALL PARTITIONS AS INDICATED ON DRAWINGS
F/I RATED DRYWALL PARTITIONS AS INDICATED ON DRAWINGS
F/I ALL SOUND INSULATION AS INDICATED ON DRAWINGS
F/I ACOUSTIC SEALANTS
F/I 2 HOUR RATED ENCLOSURES AT AV FLOOR BOXES
F/I REVEAL FOR GLAZING CHANNEL AT MULLION CONDITION  FRAMING AND DRYWALL PER DETAIL 15 ON A506.
PROVIDE FINISHED ENDS
F/I ALL REVEALS AS INDICATED
RECESSED BASE CONDITIONS

DEFENDANT'S
EXHIBIT
1
PENGAD 800-631-6989

 **STRUCTURE**TONE

**Structure Tone, Washington DC**
2300 Clarendon Boulevard Suite 900
Arlington VA  22201 USA

LEVEL 5 FINISH AS NOTED
F/I FRAMING & SHEETROCK AT EXTERIOR WALL ABOVE & BELOW WINDOWS
34 MAN DAY TAPER ALLOWANCE
ROUGH CARPENTRY
RECEIVE, STOCK, INVENTORY AND INSTALL DOORS, FRAMES & HARDWARE
F/I WOOD BLOCKING FOR DEMOUNTABLE PARTITIONS
F/I WOOD BLOCKING FOR CEILING SYSTEMS
F/I WOOD BLOCKING FOR MILLWORK & CASEWORK
F/I WOOD BLOCKING FOR STONE WALLS
F/I WOOD BLOCKING FOR AV WALLS & EQUIPMENT
F/I WOOD BLOCKING FOR LIGHT FIXTURES
F/I WOOD BLOCKING FOR DETAIL 2 & 9/A5-95 AT STAIRS & BRIDGES
F/I WOOD BLOCKING FOR ALL ACCESSORIES AS SHOWN
INSTALL ACCESSORIES AS SHOWN
L1 - Flush seat cover and tissue dispenser
L2 - Center hung seat cover and tissue dispenser
L3 - Flush seat cover and tissue dispenser, sanitary napkin disposal
L4 - Center hung seat cover and tissue dispenser, sanitary napkin disposal
L5 - Single sided flush seat cover and tissue dispenser
L6 - Recessed seat cover and toilet tissue dispenser
L7 - ADA grab bars
L8 - ADA grab bars (ambulatory stall)
L9 - Coat hook/door stall
L10 - Bag hook at vanity
L11 - Recessed tissue paper dispenser and waste receptacle
L12 - Floor mounted door stop
L13 - Concealed in-wall paper towel dispenser
L14 - Waste receptacle
L15 - Toilet tissue holder (Vola T13)
L16 - Recessed in-wall toilet seat cover dispenser
L17 - Recessed in-wall sanitary napkin disposal
L18 - Coat hook
L19 - Single side seat cover and tissue dispenser, sanitary napkin disposal
L20 - Grab bars
L21 - Recessed sanitary napkin dispenser
L22 - Recessed paper towel and waste receptacle
PROVIDE BUILT UP SLABS AT FIRST FLOOR - 3-5/8"" 16G FRAMED PLATFORM AND RAMPS PER DETAILS 6 & 7/S2-01, 6 & 7/S2-02
F/I FRAMING AND PLYWOOD AT RASIED AREA OF DINING AREA INCLUDING RAMPS
F/I 12 TEMP BATHROOM ENCLOSURES
PROTECT & MAINTAIN PROTECTION OF ELEVATORS
F/I AND REMOVE OSHA BARRICADES AT WINDOW OPENINGS
CEILINGS
F/I DRYWALL CEILINGS, SOFFITS, BULKHEADS, LIGHT COVES & SHADE POCKETS
PROVIDE 20G STUDS IN LIEU OF 16G ABOVE THE DEMOUNTABLE PARTITIONS
F/I PAINTED BLACK SIGHT BAFFLES
F/I AXIOM TRIM
F/I ACT-1
F/I ACT-2
F/I ACT-3
F/I ACT-4
F/I ACT-5
F/I ACT-6
F/I ACT-7
F/I ACT-8
F/I ACT-9
PROVIDE FACTORY CUTS FOR DECOUSTICS
F/I ALL SUPPORTS / CUTOUTS FOR LIGHT FIXTURES/LINEAR DIFFUSERS
F/I BASWAPHON CEILING AS SHOWN
POLISH CEILINGS WHERE BASWAPHON WAS REMOVED
REMOVE AND RE-INSTALL CEILINGS AT BRIDGES
GENERAL ITEMS
OVERTIME DELIVERIES
REMOVE ALL DEBRIS TO DUMPSTER PROVIDED BY STI
PROVIDE MOCK UPS


Purchasing Agent: Andrew Sgro


Insurance: Subcontractor shall purchase, maintain and provide evidence of insurance with the coverages, types and limits specified at
www.certfocus.com under the above Project Number. Subcontractor represents that, prior to execution of this Subcontract; it has accessed and

 **STRUCTURE**TONE

**Structure Tone, Washington DC**
2300 Clarendon Boulevard Suite 900
Arlington VA  22201 USA

reviewed the foregoing website and all insurance requirements, and understands and will purchase and maintain all required coverages. Subcontractor shall cause each of its sub-subcontractors and/or vendors of every tier engaged in any portion of the Work to purchase and maintain insurance of the same types with the same limits as required of Subcontractor and shall provide proof of coverage upon request of Contractor. The following requirements are in addition to those specified at www.certfocus.com.

1. General Requirements: All insurance shall be issued by a company(ies) lawfully authorized to do business in the jurisdiction of the Project with an AM Best rating of "A-" or above. Subcontractor shall cause each entity specified at www.certfocus.com to be named as an additional insured on all coverages (except workers' compensation) and all policy limits shall apply on a per project/location basis. The scope and limits of coverage for the additional insureds shall be the same or broader/higher as those for Subcontractor (including excess/umbrella limits). All policies shall be primary and non-contributory to any other insurance maintained by the additional insureds and shall provide waivers of subrogation in favor of each additional insured. No policy deductible or self-insured retention may exceed $10,000 per occurrence or $25,000 in the aggregate, and Subcontractor shall be solely responsible for the payment of same, regardless of cause.

2. Duration: All coverage shall be maintained, without interruption, for the duration of the Project. Subcontractor shall also maintain completed operations coverage for itself and each additional insured, in the same form and amount as ongoing operations coverage, for a period of not less than two (2) years after final completion of the entire Project or expiration of the period for warranty/correction of the Work as specified in the Contract Documents, whichever is the later.

3. Specific Requirements: If Subcontractor and/or its sub-subcontractors are performing any of the following Work at or for the Project, the following coverages are required.
3.1 Grading, Excavation, Earthwork and/or Underground Utilities: Commercial General Liability Insurance must NOT exclude coverage for risks relating to "subsidence".
3.2 Professional Services (including but not limited to architectural, engineering, surveying, consulting or designbuild): Professional Liability Insurance, including contractual liability coverage, with limits of at least $1M per occurrence, which shall remain in place for at least two (2) years following completion of the Project.
3.3 Remediation of Hazardous Materials (as defined by federal, state or local law, and including if Subcontractor's operations create any exposure): Contractor's Pollution Liability with limits of at least $10M per occurrence and $10M aggregate for Bodily Injury, Personal Injury, and Property Damage, naming the same entities as required above as additional insureds.

4. Property Insurance: Subcontractor shall provide its own insurance for unincorporated or rented/leased materials, equipment, tools and other items. Subcontractor waives any claims against Contractor, Owner and the additional insureds for loss or damage to such items, regardless of cause. Contractor or Owner may obtain builder's risk or other property insurance covering items destined for incorporation into the Project, subject to the terms and limits of such policies. If coverage is available for any loss, Subcontractor shall pay the deductible in direct proportion to the ratio to which Subcontractor's loss bears to the entire loss, regardless of cause.

### Terms and Conditions

1. Subcontractor shall perform all Work ("Work") in accordance with the drawings, specifications, any other documents set forth on the reverse side hereof and these Terms and Conditions including, among others, Structure Tone's Contract/Purchase Order Safety Language, Safety Manual & Subcontractor Responsibilities, found at http://www.structuretone.com/ST/index.nsf/vPages/SafetyManuals?OpenDocument which is hereby incorporated by reference and made a part hereof as if fully set forth herein at length (collectively referred to as "Contract Document"). In the event no Contract Documents are set forth, the Work is to be performed in accordance with these Terms and Conditions and in a first class manner consistent with the construction practices prevailing in the area.

2. Subcontractor is bound to Structure Tone for the performance of the Work in the same manner as Structure Tone is bound to Owner under Structure Tone's contract with Owner. The pertinent parts of such contract will be made available upon Subcontractor's request. In event of any conflict between these Terms and conditions and a contract between Structure Tone and Owner, the more strict provision in favor of Structure Tone shall govern.

3. Subcontractor will furnish all labor, materials, supervision and items required for the proper and complete performance of the Work and in compliance in every respect with; (i) all applicable local, federal and state laws, codes and ordinances; and (ii) the regulations of the building in which the Work is located.

4. Subcontractor shall perform the Work in a prompt and diligent manner and in accordance with schedules given from time-to-time to Subcontractor. In the event Subcontractor fails to maintain the schedule, Subcontractor shall without additional compensation, work such overtime as Structure Tone may direct until Subcontractor is in compliance with such schedule.

5. In the event Subcontractor is delayed in the performance of the Work, Subcontractor shall be entitled only to extension of time. Subcontractor waives any claim, for damages or additional compensation for a delay in the performance of the Work, regardless of the cause of such delay.

6. The purchase order amount includes all material, labor, applicable sales tax, supervision, insurance, delivery, overhead and profit.

7. Payments of the Purchase order amount, including final payment shall be subject to the following (i) Structure Tone's payment requisition procedures; (ii) approval of Work by Structure Tone; (iii) receipt by Structure Tone of satisfactory evidence that all labor, including customary fringe payments and payments due under collective bargaining agreements, and all sub-contractors and suppliers have been paid to date and have submitted waivers of lien to the extent paid; (iv) receipt of payment from the Owner; and (v) compliance by Subcontractor with all Contract Documents.

7.2 Receipt of payment for Subcontractor's Work from Owner by Structure Tone shall be a condition precedent to the right of Subcontractor to

 **STRUCTURE**TONE

**Structure Tone, Washington DC**
2300 Clarendon Boulevard Suite 900
Arlington VA  22201 USA

receive payment from Structure Tone.  Subcontractor hereby acknowledges that it relies on the credit of Owner, not Structure Tone for payment of its Work.

8. Structure Tone may withhold payment because of (i) defective work not remedied; (ii) claims filed, or reasonable evidence of probable filing of claims, by third parties; (iii) failure of Subcontractor to make payment properly to sub-Subcontractors and/or suppliers; (iv) reasonable evidence the Work cannot be completed for the unpaid balance of the Purchase Order Amount; (v) failure to maintain the schedule; (vi) persistent failure by Subcontractor to carry out the Work in accordance with the Contract Documents; (vii) offsets or backcharges arising out of any other Purchase Order issued by Structure Tone to Subcontractor.

9. Subcontractor shall be liable for any damages incurred by Structure Tone as a consequence of the failure by Subcontractor to comply with this Purchase Order.

10. Subcontractor shall furnish all shop drawings necessary for the performance of the Work.

11. The insurance and indemnification provisions are set forth in the separate Blanket Insurance/Indemnity Agreement signed by Subcontractor, the terms of which are incorporated herein. In the absence of said Agreement, the following indemnification and insurance provisions shall apply.

11.2 To the fullest extent permitted by Law, Subcontractor will indemnify and hold harmless Structure Tone, Inc ("STI") and Owner, their officers, directors, agents and employees from and against any and all claims, suits, liens, judgments, damages, losses and expenses including reasonable legal fees and costs, arising in whole or in part and in any manner from the acts, omissions, breach or default of Subcontractor, its officers, directors, agents, employees and Subcontractors, in connection with the performance of any Work by Subcontractor pursuant to this Purchase Order and/or a related Proceed Order.  Subcontractor will defend and bear all costs of defending any action or proceedings brought against STI and/or Owner, their officers, directors, agents and employees, arising in whole or in part out of any such acts, omission, breach or default.

11.3 Subcontractor shall obtain Workers compensation as required by law; Comprehensive General Liability Insurance  (including contractual liability) and automobile insurance in amount of not less that $5,000,000 combined single limit, naming Structure Tone as additional insured, all policies to provide for 30 day notice to Structure Tone prior to cancellation or material modification.

12. Should Subcontractor at any time fail: (i) to supply a sufficient number of properly skilled workers or sufficient materials and equipment of the proper quality; or (ii) to prosecute the Work with promptness and diligence'; or (iii) to promptly correct defective Work ; Structure Tone at its option , may (a) provide such labor, materials and  equipment and deduct the cost thereof, together with all loss or damage occasioned thereby , from any money then due or thereafter to become due to Subcontractor and take possession of an finish the Work by whatever method Structure Tone may deem expedient.  In such event, Subcontractor shall not be entitled to receive any further payments until the Work is completed.  If the cost of finishing the Work exceeds the unpaid balance of the Purchase Order Amount, Subcontractor shall pay such difference to Structure Tone.

13. Structure Tone may order additions, deletions or other revision to the Work and pending any determination of the value thereof, Sub contractor agrees to proceed with such Work when so directed by Structure Tone.  Any Proceed Orders or other authorization issued to Subcontractor for additional or deleted Work shall be governed by these Terms and Conditions.

14. Subcontractor agrees to promptly correct without additional cost to Structure Tone any and all defects in the Work which may appear within the guarantee or warranty period as established in the Contract Documents, and if no such period is stipulated in the Contract Documents, then such guarantee shall be for a period of one (1) year from date of completion and acceptance of the Work by Structure Tone.  Subcontractor further agrees to execute any special guarantee as provided by the terms of the Contract Documents.

15. By execution of this contract, subcontractor agrees that they have reviewed and will comply with all terms and conditions of Structure Tone's Safety Manual / Subcontractor  Requirements found at http://www.structuretone.com/ST/index.nsf/vPages/SafetyManuals?OpenDocument, which are hereby incorporated by reference and made a part hereof as if fully set forth herein at length.

Please review, sign and return to the Purchasing Department to assure processing payment.


**\*\* Please refer to the attached billing schedule.  All invoices must match the detail as shown.**


Contract Total: $5,500,000.00



Manganaro Midatlantic, LLC                                                     Structure Tone, Inc.



/s/_____

Contract #: 13000422011                                          Page 4

 **STRUCTURETONE**

**Structure Tone, Washington DC**
2300 Clarendon Boulevard Suite 900
Arlington VA  22201 USA

Accepted By:
**MANGANARO MIDATLANTIC, LLC**

Andrew Sgro
Purchasing Agent

Subcontractor::
_____

_____12|6|13_____
Date:

 **STRUCTURETONE**

**Structure Tone, Washington DC**
2300 Clarendon Boulevard Suite 900
Arlington VA  22201 USA

## Approved Billing Schedule of Value Breakdown for Subcontract No: 13000422011

**Name and Address:** Structure Tone, Inc.
2300 Clarendon Boulevard Suite 900
Arlington, VA  22201
**Project Acc't Contact:** Kathy Alexander

**Subcontractor Name:** Manganaro Midatlantic, LLC

**Job No:** 13000422

**Project Manager:** Rocco Novellino

**Estimating Contact:** Brian S Lynch

### Billing Instructions
To all Subcontractors,

Listed below is your approved Scheduled of Values to date, please read this document carefully and follow the billing instructions to avoid any delay in processing your invoices for payment.
• All invoices submitted by your company must be prepared using the industry standard AIA format (G702 and G703).
• Each Invoice must include an executed "Exhibit H" for Partial RFP or an "Exhibit I" for Final Request for Payment.

Note: If you do not have a sample template of either of the Forms noted above, please contact the Project Accountant, the forms will be available on our website in the near future.

The Schedule of Values listed on the G703 AIA document must include only "Approved" scope of work as noted in the breakdown listed below. Each Sub Change Order code must be listed on your G703 continuation sheet in the correct sequence. Please read the instructions below for billing on "Unapproved Scope".

### Unapproved Scope
If you have work in place that is not listed in the "Approved Schedule of Values", do not include this scope of work in your monthly request for payment to avoid delay in expediting your invoice for payment in our system, instead, submit a separate email and note "Claim" in the subject along with the Job Number/Name. Please attach all supporting documentation along with the authorization to proceed.

Please follow up with the Project Manager and/or Estimator on any "Pending" Subcontract Change Orders.

### Invoice Submission
Please submit your monthly Request for Payment(s) electronically ONLY to the following email address noted below, along with the required reference information.
• Email address: stiwashingtonap@structuretone.com
• Include the following in the Subject field: STI Job No,Job Name, Your Company Name, Month and Period to

### Approved Billing Schedule of Value

| Column A | Column B | | Column C | |
|---|---|---|---|---|
| SCCO Code | Description of Work | CC | Base SoV | Change Orders SoV |
| 000 | Textured Ceiling - EA0011 | 10 | $67,300.00 | |
| 000 | Drywall - EA0012 | 10 | $422,240.00 | |
| 000 | Drywall - EA0012 | 11 | $233,279.58 | |
| 000 | Textured Ceiling - EA0011 | 11 | $151,425.00 | |
| 000 | Drywall - EA0012 | 12 | $88,371.19 | |
| 000 | Drywall - EA0012 | 22 | $265,121.53 | |
| 000 | Drywall - EA0012 | 27 | $294,579.92 | |
| 000 | Drywall - EA0012 | 28 | $294,579.92 | |
| 000 | Drywall - EA0012 | 29 | $294,579.92 | |
| 000 | Textured Ceiling - EA0011 | 30 | $25,237.50 | |
| 000 | Drywall - EA0012 | 30 | $289,579.50 | |
| 000 | Drywall - EA0012 | 31 | $289,579.50 | |
| 000 | Textured Ceiling - EA0011 | 31 | $25,237.50 | |
| 000 | Drywall - EA0012 | 32 | $66,103.23 | |
| 000 | Drywall - EA0012 | BM | $88,139.57 | |
| 000 | Drywall - EA0012 | F2 | $235,663.14 | |
| 000 | Drywall - EA0012 | F3 | $294,579.92 | |
| 000 | Drywall - EA0012 | F4 | $294,579.92 | |
| 000 | Drywall - EA0012 | F5 | $294,579.92 | |

 **STRUCTURE**TONE

**Structure Tone, Washington DC**
2300 Clarendon Boulevard Suite 900
Arlington VA  22201 USA

| 000 | Drywall - EA0012 | F6 | $294,579.92 |
| 000 | Drywall - EA0012 | F7 | $294,579.92 |
| 000 | Drywall - EA0012 | F8 | $406,914.08 |
| 000 | Drywall - EA0012 | F9 | $294,579.92 |
| 000 | Drywall - EA0012 | LB | $97,832.00 |
| 000 | Textured Ceiling - EA0011 | LB | $67,300.00 |
| 000 | Drywall - EA0012 | MZ | $29,457.40 |

**Total Approved Subcontract**                                                                                                              **$5,600,000.00**

**AIA Instructions (G703)**
The following information listed above must be inserted in the G703 AIA document as follows:

Column A – Insert the SCCO Code in the correct sequence
Column B – Insert the description of work as noted above, along with the CC Code
Column C – Insert the Appropriate Schedule of Values based on the SCCO Code

**Covington Burling Open Items**

| Tower | Floor | Room | Issue # | STI Status as of 05232015 | Description | Estimated Value |
|---|---|---|---|---|---|---|
| North | 01 | 0112 | N/A | Open | Air Return Missing | $3,000 |
| North | 01 | Lobby | 184 | Open | Door Alignment | $ 2,500.00 |
| North | 01 | Lobby | 577 | Open | Misalignment | $ 2,500.00 |
| North | 01 | Lobby | 761 | Open | Knife Edge "wavy" | $ 7,500.00 |
| North | 01 | Lobby | 33 | Open | Door Alignment | $ 2,500.00 |
| North | 02 | Offices | 34,50,513,525 | Open | Damaged Ceiling Tiles | $ 500.00 |
| North | 02 | Offices | 75 | Open | Bulkhead at Steel jamb | $ 2,500.00 |
| North | 07 | snack bar | N/A | Open | Decoustics | $ 5,000.00 |
| North | 10 | Serv | 403 | Open | missing hardward | $ 1,250.00 |
| North | 11 | conference | 172 | Open | Ceiling Alignment |  |
| North | 11 | conference | 264 | Open | alignment |  |
| South | 08 | Offices | 49 | Open | small scratch at eye level | $ 1,000.00 |
| N/S | misc | misc | multiple - 27 total | Open | Reveal Base | $ 20,000.00 |
| North | 10 | Serv | multiple - 26 total | Discuss | Decoustics | below |
| North | 10 | Serv. | 409 | Open | Decoustics | $ 12,500.00 |
| North | 10 | Conf. | 507 | Open | Can see exposed construction in reflection of glass | $ 2,500.00 |
| North | 10 | Serv. | 403 | Open | Missing Door, MMA Install Only | $ 2,500.00 |
| North | 11 | bathroom | 5 | Open | Diffuser too short | $ 2,500.00 |
| North | 11 | Conf. | 78 | Open | Diffuser too short | $ 2,500.00 |

DEFENDANT'S EXHIBIT
PENGAD 800-631-6989

| North | 11 | Conf. | 89 | Open | Diffuser too short | $ | 2,500.00 |
|---|---|---|---|---|---|---|---|
| North | 11 | Conf. | 21 | Open | Diffuser too short | $ | 2,500.00 |
| | | | | | | | $75,750 |



**STRUCTURETONE**
Construction Managers/General Contractors

Covington & Burling, LLP
800 & 850 10th Street, NW
Washington, DC
STI Job: 13000422

| Tower | Floor | Area | Issue # | Stamp | Title | Description | Date | Room | Sub Responsible | Estimated Value to finish |
|---|---|---|---|---|---|---|---|---|---|---|
| North | 1 | Bath | 50 | MS | MIS-ALIGNMENT | | 12/4/2014 | 01N Men's | Manganaro | $4,000.00 |
| North | 1 | Bath | 84 | D7 | FRAME/HARDWARE MISSING | Frame missing hardware. All fasteners at door frame should be white | 12/4/2014 | 01N Women's | Manganaro | $1,000.00 |
| North | 1 | Bath | 86 | D3 | SCRATCH/INDENT | | 12/4/2014 | 01N Women's | Manganaro | $500.00 |
| North | 1 | Bath | 112 | W7 | WALL FINISH UNEVEN | | 12/4/2014 | 01N Women's | Manganaro | $2,500.00 |
| North | 1 | Bath | 115 | M6 | REVEAL JOINT ROUGH | Remove all paint/mud at reveal around shelf/cove unit | 12/4/2014 | 01N Women's | Manganaro | $1,000.00 |
| North | 1 | Bath | 118 | D9 | REQ'D/LATCHING | | 12/4/2014 | 01N Women's | Manganaro | $1,000.00 |
| North | 4 | Bath | 91 | D7 | FRAME/HARDWARE MISSING | (8) screws | 12/4/2014 | 04N Women's | Manganaro | $1,000.00 |
| North | 5 | Bath | 8 | B6 | BASE CUT SHORT | Reveal not finished | 12/4/2014 | | Manganaro | $2,500.00 |
| North | 5 | Bath | 53 | M9 | HARDWARE ADJ. REQ'D | Soap dispenser loose | 12/4/2014 | A2 | Manganaro | $500.00 |
| North | 6 | Bath | 92 | MS | MIS-ALIGNMENT | | 12/4/2014 | A2 | Manganaro | $1,250.00 |
| North | 9 | Bath | 5 | B6 | BASE CUT SHORT | | 12/4/2014 | 06N Men's | Manganaro | $1,250.00 |
| North | 10 | Bath | 87 | M6 | REVEAL JOINT ROUGH | | 12/3/2014 | A2 | Manganaro | $1,250.00 |
| North | 10 | Bath | 88 | M6 | REVEAL JOINT ROUGH | | 12/3/2014 | 10N Men's | Manganaro | $1,250.00 |
| North | 11 | Bath | 5 | M | Mechanical | Diffuser alignment short | 12/3/2014 | 10N Men's | Manganaro | $1,250.00 |
| North | 11 | Bath | 21 | M | Mechanical | Alignment misses wall reveal | 11/22/2014 | 1116 | Manganaro | $2,500.00 |
| North | 11 | Bath | 34 | WR | Wall Repair | | 11/22/2014 | 1116 | Manganaro | $1,250.00 |
| North | 11 | Bath | 38 | A | Alignment | | 11/22/2014 | 1116 | Manganaro | $2,500.00 |
| North | 12 | Bath | 25 | M9 | HARDWARE ADJ. REQ'D | | 12/4/2014 | 12N Women's | Manganaro | $500.00 |
| North | 12 | Bath | 26 | M7 | MISSING HARDWARE | Finish tissue holder installation | 12/4/2014 | 12N Women's | Manganaro | $500.00 |
| North | B1 | Bath | 13 | W7 | WALL FINISH UNEVEN | | 12/4/2014 | B1 RR Right | Manganaro | $2,500.00 |
| North | B1 | Bath | 19 | D5 | DOOR NOT PLUMB | | 12/4/2014 | B1 RR Right | Manganaro | $1,250.00 |
| North | B1 | Bath | 27 | CS | RE-SEAL TILE | Diffuser and ceiling should align | 12/4/2014 | B1 RR Left | Manganaro | $1,250.00 |
| North | B1 | Bath | 29 | Q | MARKED CEILING | Ceiling finish uneven | 12/4/2014 | B1 RR Left | Manganaro | $500.00 |
| North | B1 | Bath | 33 | M6 | REQ'D/LATCHING | | 12/4/2014 | B1 RR Left | Manganaro | $500.00 |
| North | Mez | Bath | 7 | W7 | WALL FINISH UNEVEN | | 12/4/2014 | A2 | Manganaro | $1,250.00 |
| North | 10 | Conf | 5 | WR | Wall Repair | Ceiling not finished or painted | 12/4/2014 | N1040 | Manganaro | $1,250.00 |
| North | 10 | Conf | 66 | WR | Wall Repair | Wall missing reveal base and not properly finished | 11/5/2014 | N1018 | Manganaro | $1,000.00 |
| North | 10 | Conf | 71 | WR | Wall Repair | Incorrect base remove and replace with specified reveal on all walls | 11/20/2014 | N1020 | Manganaro | $1,000.00 |
| North | 10 | Conf | 79 | CF | Ceiling Framing | The light cove is not framed properly and is restricting light output. Per the con... | 11/20/2014 | N1020 | Manganaro | $5,000.00 |
| North | 10 | Conf | 80 | M | Mechanical | Diffuser set too high and the drywall finish around it is rough. | 11/20/2014 | N1020 | Manganaro | $2,500.00 |
| North | 10 | Conf | 82 | WR | Wall Repair | Rough drywall finish not properly finished out to Mecho/shade pocket | 11/20/2014 | N1021 | Manganaro | $1,000.00 |
| North | 10 | Conf | 94 | WR | Wall Repair | All wall base incorrect. Remove and replace properly. | 11/20/2014 | N1021 | Manganaro | $1,000.00 |
| North | 10 | Conf | 104 | WR | Wall Repair | Wrong base | 11/22/2014 | N1031 | Manganaro | $1,000.00 |
| North | 10 | Conf | 116 | AC | Acoustical Ceiling | Rough and spotty ceiling | 11/22/2014 | N1031 | Manganaro | $1,250.00 |
| North | 10 | Conf | 117 | CF | Ceiling Framing | Ceiling not straight | 11/22/2014 | N1031 | Manganaro | $1,250.00 |
| North | 10 | Conf | 118 | WR | Wall Repair | lights. Not properly cut at camera | 11/22/2014 | N1031 | Manganaro | $500.00 |
| North | 10 | Conf | 121 | CF | Ceiling Framing | tap | 11/22/2014 | N1031 | Manganaro | $1,250.00 |
| North | 10 | Conf | 128 | WR | Wall Repair | Wrong base detail. Remove and install properly. | 11/22/2014 | N1032 | Manganaro | $1,000.00 |
| North | 10 | Conf | 137 | WR | Wall Repair | Wall missing end cap and glass stop. | 11/22/2014 | N1032 | Manganaro | $1,250.00 |
| North | 10 | Conf | 141 | CF | Ceiling Framing | Ceiling wanders up and down. Cove is twisted. | 11/22/2014 | N1032 | Manganaro | $2,500.00 |
| North | 10 | Conf | 163 | WR | Wall Repair | Hole in wall. There should be no pitch on one short side of the wall. | 12/4/2014 | N1023 | Manganaro | $2,500.00 |
| North | 10 | Conf | 198 | CS | Finishing Required | Rough finish around entire reveal between column and ceiling | 12/6/2014 | N1023 | Manganaro | $1,250.00 |
| North | 10 | Conf | 201 | CS | Finishing Required | Finish of reveal required | 12/6/2014 | N1030 | Manganaro | $500.00 |
| North | 10 | Conf | 206 | B7 | Base Missing | Base reveal missing the wall | 12/6/2014 | N1018 | Manganaro | $1,000.00 |
| North | 10 | Conf | 208 | BS | BASE/WALL SURFACE/UNEVEN | Install base reveal | 12/6/2014 | N1018 | Manganaro | $1,000.00 |
| North | 10 | Conf | 223 | BS | BASE/WALL SURFACE/UNEVEN | Block gap between partition and base reveal. Paint blocking | 12/6/2014 | N1018 | Manganaro | $1,000.00 |
| North | 10 | Conf | 225 | BS | BASE/WALL SURFACE/UNEVEN | Block gap between partition and base reveal. Paint blocking | 12/6/2014 | N1018 | Manganaro | $1,000.00 |
| North | 10 | Conf | 249 | W6 | ROUGH/UNFINISHED EDGE | Remove all marks and spots from corner edge. Uneven finish at base of wall. Fin... | 12/6/2014 | N1018 | Manganaro | $500.00 |
| North | 10 | Conf | 250 | W7 | WALL FINISH UNEVEN | Remove marks and indents | 12/6/2014 | N1018 | Manganaro | $1,250.00 |

| Tower | Floor | Area | Issue # | Stamp | Title | Description | Date | Room | Site Responsible | Estimated Value to Finish |
|---|---|---|---|---|---|---|---|---|---|---|
| North | 10 | Conf | 270 | CA | Ceiling Alignment Adj. | | 12/6/2014 | N1090 | Manganaro | $2,500.00 |
| North | 10 | Conf | 272 | CS | Finishing Required | | 12/6/2014 | N1090 | Manganaro | $500.00 |
| North | 10 | Conf | 300 | CS | Finishing Required | | 12/6/2014 | N1055 | Manganaro | $500.00 |
| North | 10 | Conf | 306 | CS | Finishing Required | Not acceptable. | 12/6/2014 | N1051 | Manganaro | $500.00 |
| North | 10 | Conf | 409 | CA | Ceiling Alignment Adj. | | 12/16/2014 | N1051 | Manganaro | $2,500.00 |
| North | 10 | Conf | 432 | CA | Ceiling Alignment Adj. | Light leak | 12/16/2014 | N1051 | Manganaro | $12,500.00 |
| North | 10 | Conf | 451 | MS | MIS-ALIGNMENT | | 12/16/2014 | N1031 | Manganaro | $1,250.00 |
| North | 10 | Conf | 467 | FS | SEAM-ROUGH/WIDE/UNEVEN | Misalignment | 12/16/2014 | N1051 | Manganaro | $1,250.00 |
| North | 10 | Conf | 501 | BS | BASE/WALL-SURFACE/UNEVEN | | 12/16/2014 | N1051 | Manganaro | $1,000.00 |
| North | 10 | Conf | 505 | BS | BASE/WALL-SURFACE/UNEVEN | | 12/16/2014 | N1051 | Manganaro | $1,000.00 |
| North | 10 | Conf | 507 | CA | Ceiling Alignment Adj. | Can see exposed construction in reflection of glass. | 12/16/2014 | N1051 | Manganaro | $2,500.00 |
| North | 10 | Conf | 511 | MS | MIS-ALIGNMENT | | 12/16/2014 | N1051 | Manganaro | $2,500.00 |
| North | 10 | Conf | 516 | W7 | WALL-FINISH-UNEVEN | | 12/16/2014 | N1051 | Manganaro | $500.00 |
| North | 10 | Conf | 538 | MS | MIS-ALIGNMENT | | 12/16/2014 | N1051 | Manganaro | $2,500.00 |
| North | 10 | Conf | 539 | BS | BASE/WALL-SURFACE/UNEVEN | Unfinished | 12/16/2014 | N1051 | Manganaro | $1,000.00 |
| North | 10 | Conf | 582 | CA | Ceiling Alignment Adj. | Ceiling misses alignment. Incorrect type of access panel. | 12/16/2014 | N1051 | Manganaro | $2,500.00 |
| North | 10 | Conf | 612 | M6 | REVEAL JOINT-ROUGH | | 12/16/2014 | N1090 | Manganaro | $500.00 |
| North | 11 | Conf | 3 | PT | Paint Touch Up | Drywall mud at perimeter wall in light cove. | 11/11/2014 | N1110 | Manganaro | $1,000.00 |
| North | 11 | Conf | 15 | WR | Wall Repair | Incorrect base. Remove and replace. | 11/11/2014 | N1119 | Manganaro | $1,000.00 |
| North | 11 | Conf | 17 | WR | Wall Repair | Incorrect base. Remove and install proper base. | 11/11/2014 | N1119 | Manganaro | $1,000.00 |
| North | 11 | Conf | 29 | WR | Wall Repair | Incorrect base. Remove and replace with reveal. | 11/11/2014 | N1121 | Manganaro | $1,000.00 |
| North | 11 | Conf | 31 | IF | Lighting Fixture | Per the contract documents there should be more space between the fixture | 11/11/2014 | N1121 | Manganaro | $5,000.00 |
| North | 11 | Conf | 38 | WR | Wall Repair | Wrong base detail | 11/11/2014 | N1120 | Manganaro | $1,000.00 |
| North | 11 | Conf | 39 | WR | Wall Repair | Wrong base detail. | 11/11/2014 | N1121 | Manganaro | $1,000.00 |
| North | 11 | Conf | 55 | WR | Wall Repair | Wall missed alignment. Provide deeper reveal or properly position wall | 11/11/2014 | N1130 | Manganaro | $1,500.00 |
| North | 11 | Conf | 66 | AC | Acoustical Ceiling | Typical around all sides of the Newmat, the ceiling finish is rough. | 11/11/2014 | N1132 | Manganaro | $1,500.00 |
| North | 11 | Conf | 72 | WR | Wall Repair | Wrong base. | 11/11/2014 | N1109 | Manganaro | $1,000.00 |
| North | 11 | Conf | 76 | WR | Wall Repair | Wrong base. | 11/11/2014 | N1109 | Manganaro | $1,000.00 |
| North | 11 | Conf | 78 | M | Mechanical | documents. | 11/11/2014 | N1109 | Manganaro | $1,250.00 |
| North | 11 | Conf | 86 | WR | Wall Repair | Wrong base. | 11/11/2014 | N1108 | Manganaro | $1,000.00 |
| North | 11 | Conf | 89 | M | Mechanical | extent shown on the drawings. | 11/11/2014 | N1108 | Manganaro | $1,000.00 |
| North | 11 | Conf | 93 | WR | Wall Repair | Base poorly installed. Unfinished construction visible. Needs painted. | 11/15/2014 | N1102 | Manganaro | $1,000.00 |
| North | 11 | Conf | 101 | PT | Paint Touch Up | Incorrect base. Remove and install correctly. | 11/15/2014 | N1102 | Manganaro | $1,000.00 |
| North | 11 | Conf | 103 | WR | Wall Repair | Incorrect base. Missing base. Install reveal per drawing. | 11/15/2014 | N1102 | Manganaro | $1,000.00 |
| North | 11 | Conf | 118 | WR | Wall Repair | Metal end caps at door missing. Drywall appears framed incorrectly. | 11/15/2014 | N1158 | Manganaro | $2,000.00 |
| North | 11 | Conf | 147 | WR | Wall Repair | Fill. | 11/15/2014 | N1158 | Manganaro | $1,250.00 |
| North | 11 | Conf | 149 | WR | Wall Repair | Wall/ceiling not framed correctly. Gap will pass sound. Fill. | 11/15/2014 | N1144 | Manganaro | $1,000.00 |
| North | 11 | Conf | 157 | AC | Acoustical Ceiling | Access panel/cover missing. | 11/15/2014 | N1144 | Manganaro | $1,250.00 |
| North | 11 | Conf | 158 | AC | Acoustical Ceiling | Ceiling over cut at camera. | 11/15/2014 | N1144 | Manganaro | $1,000.00 |
| North | 11 | Conf | 172 | AC | Acoustical Ceiling | shims visible, mess. | 11/15/2014 | N1136 | Manganaro | $500.00 |
| North | 11 | Conf | 185 | WR | Wall Repair | been painted | 11/15/2014 | N1141 | Manganaro | $500.00 |
| North | 11 | Conf | 196 | AC | Acoustical Ceiling | Lacquer scuffed. Diffuser missing black light shield. | 11/15/2014 | N1141 | Manganaro | $1,000.00 |
| North | 11 | Conf | 210 | WR | Wall Repair | Should be a consistent reveal all sides. | 11/15/2014 | N1136 | Manganaro | $1,000.00 |
| North | 11 | Conf | 212 | WR | Wall Repair | Wall missed alignment. Replace reveal with proper to hit alignment. | 11/15/2014 | N1136 | Manganaro | $2,500.00 |
| North | 11 | Conf | 220 | AC | Acoustical Ceiling | Ceilings on each side of glass to not light up. Finish is rough and full of paint. | 11/15/2014 | N1136 | Manganaro | $1,500.00 |
| North | 11 | Conf | 284 | C4 | Acoustical Ceiling | Ceilings do not align. | 11/15/2014 | N1101 | Manganaro | $5,000.00 |
| North | 3 | Hub | 20 | C4 | PAINT/MUD ON CEILING | Finish ceiling around exit sign and sprinkler | 11/22/2014 | N0361 | Manganaro | $1,500.00 |
| North | 4 | Hub | 101 | C4 | PAINT/MUD ON CEILING | Finish around light fixture | 12/1/2014 | N0363 | Manganaro | $1,000.00 |
| North | 5 | Hub | 111 | W6 | ROUGH/UNFINISHED EDGE | Wall not flush at top | 12/1/2014 | N0451 | Manganaro | $1,250.00 |
| North | 5 | Hub | 72 | BS | BASE/WALL-SURFACE/UNEVEN | Base incorrect. | 11/15/2014 | N0558 | Manganaro | $1,000.00 |
| North | 6 | Hub | 36 | BS | BASE/WALL-SURFACE/UNEVEN | Incorrect reveal. | 11/15/2014 | N0557 | Manganaro | $1,250.00 |
| North | 7 | Hub | 54 | BS | BASE/WALL-SURFACE/UNEVEN | | 11/15/2014 | N0660 | Manganaro | $1,000.00 |
| North | 7 | Hub | 38 | CS | RE-SEAT TILE | Reveal at light inconsistent | 11/23/2014 | N0759 | Manganaro | $5,000.00 |
| North | 7 | Hub | 99 | CS | RE-SEAT TILE | Ceiling panels don't align at light fixture | 11/23/2014 | N0759 | Manganaro | $500.00 |

| Tower | Floor | Area | Issue # | Stamp | Title | Description | Date | Room | Job Responsible | Estimated Value to finish |
|---|---|---|---|---|---|---|---|---|---|---|
| North | 7 | Hub | 40 | CS | RE-SEAT TILE | Ceiling panels on either side of light don't align | 11/23/2014 | N0759 | Manganaro | $500.00 |
| North | 7 | Hub | 52 | CS | RE-SEAT TILE | Ceiling tiles at edge need to be re-aligned | 11/23/2014 | N0758 | Manganaro | $500.00 |
| North | 7 | Hub | 85 | W7 | WALL FINISH UNEVEN | | 12/1/2014 | N0751 | Manganaro | $1,000.00 |
| North | 9 | Hub | 30 | BS | BASE/WALL SURFACE/UNEVEN | Base not installed | 11/22/2014 | N0961 | Manganaro | $1,000.00 |
| North | 1 | Lobby | 15 | F | Flooring | Fix base/corner condition | 12/4/2014 | N0119 | Manganaro | $500.00 |
| North | 1 | Lobby | 16 | F | Flooring | Missing reveal | 12/4/2014 | N0119 | Manganaro | $1,000.00 |
| North | 1 | Lobby | 29 | F | Flooring | No base reveal | 12/4/2014 | N0119 | Manganaro | $1,000.00 |
| North | 1 | Lobby | 33 | A | Alignment | Door alignment off | 12/4/2014 | N0119 | Manganaro | $1,250.00 |
| North | 1 | Lobby | 34 | WR | Wall Repair | Fix door | 12/4/2014 | N0119 | Manganaro | $1,000.00 |
| North | 1 | Lobby | 44 | WR | Wall Repair | Wall damage and needs reveal | 12/4/2014 | N0119 | Manganaro | $1,000.00 |
| North | 1 | Lobby | 61 | WR | Wall Repair | Repair at base | 12/4/2014 | N0119 A1-N | Manganaro | $1,000.00 |
| North | 1 | Lobby | 79 | WR | Wall Repair | Repair wall at column | 12/4/2014 | N0119 | Manganaro | $1,000.00 |
| North | 1 | Lobby | 80 | CN | Cleaning Needed | Clean lacquer | 12/4/2014 | N0119 | Manganaro | $1,000.00 |
| North | 1 | Lobby | 117 | F8 | Misalignment | | 12/4/2014 | N0119 | Manganaro | $2,500.00 |
| North | 1 | Lobby | 164 | C9 | DAMAGED LIGHT/MECH DEVICE | Paint on diffuser | 12/4/2014 | N0119 A1-N | Manganaro | $1,000.00 |
| North | 1 | Lobby | 165 | C9 | DAMAGED LIGHT/MECH DEVICE | Crack around ed of diffuser in gyp | 12/4/2014 | N0119 | Manganaro | $1,000.00 |
| North | 1 | Lobby | 184 | F8 | Misalignment | Door frame and wall alignment | 12/4/2014 | N0222 | Manganaro | $2,500.00 |
| North | 1 | Lobby | 198 | M | Missing | Not scheduled finish | 12/4/2014 | N0116 | Manganaro | $1,000.00 |
| North | 1 | Lobby | 200 | WR | Wall Repair | Missing reveal | 12/4/2014 | N0116 | Manganaro | $25,000.00 |
| North | 1 | Lobby | 204 | F8 | Misalignment | | 12/4/2014 | N0116 | Manganaro | $1,000.00 |
| North | 1 | Lobby | 212 | WR | Wall Repair | Needs base reveal | 12/4/2014 | N0115 | Manganaro | $2,500.00 |
| North | 1 | Lobby | 222 | F8 | Misalignment | | 12/4/2014 | N0115 | Manganaro | $1,000.00 |
| North | 1 | Lobby | 230 | M | Missing | Missing base reveal in entire room | 12/4/2014 | N0112 | Manganaro | $1,250.00 |
| North | 1 | Lobby | 237 | DS | DOOR NOT PLUMB | On million near ceiling | 12/4/2014 | N0112 | Manganaro | $500.00 |
| North | 1 | Lobby | 285 | C4 | PAINT/MUD ON CEILING | Misalignment | 12/4/2014 | N0107 | Manganaro | $2,500.00 |
| North | 1 | Lobby | 335 | C | Ceiling | adjacent | 12/4/2014 | N0115 | Manganaro | $500.00 |
| North | 1 | Lobby | 355 | C | Ceiling | | 12/4/2014 | N0112 | Manganaro | $500.00 |
| North | 1 | Lobby | 361 | M7 | MISSING HARDWARE | Missing waste bins. Resolve space conflict with pipes | 12/4/2014 | N0118 Pantry | Manganaro | $2,500.00 |
| North | 1 | Lobby | 388 | BS | SCRATCH/INDENT | 1" reveal damaged | 12/4/2014 | N0118 | Manganaro | $500.00 |
| North | 1 | Lobby | 425 | F8 | Misalignment | | 12/5/2014 | N0106 | Manganaro | $2,500.00 |
| North | 1 | Lobby | 454 | W7 | WALL FINISH UNEVEN | | 12/5/2014 | N0104 | Manganaro | $1,000.00 |
| North | 1 | Lobby | 455 | W7 | WALL FINISH UNEVEN | Around switches | 12/5/2014 | N0104 | Manganaro | $1,000.00 |
| North | 1 | Lobby | 456 | W7 | WALL FINISH UNEVEN | Wall finish is uneven at multiple locations this wall. Sand and paint to be even. | 12/5/2014 | N0104 | Manganaro | $1,000.00 |
| North | 1 | Lobby | 457 | W7 | WALL FINISH UNEVEN | | 12/5/2014 | N0104 | Manganaro | $2,500.00 |
| North | 1 | Lobby | 577 | F8 | Misalignment | Cove not straight, wavy and tapers | 12/5/2014 | N0119 | Manganaro | $1,000.00 |
| North | 1 | Lobby | 582 | DS | Door | Door doesn't have frame reveal | 12/5/2014 | N0128 | Manganaro | $500.00 |
| North | 1 | Lobby | 731 | D7 | FRAME/HARDWARE MISSING | Missing metal frame | 12/5/2014 | N0121 | Manganaro | $2,500.00 |
| North | 1 | Lobby | 732 | D0 | DOOR STOP | Missing | 12/5/2014 | N0121 A1-N | Manganaro | $500.00 |
| North | 1 | Lobby | 761 | C | Ceiling | Cove not straight, wavy and tapers | 12/5/2014 | N0121 | Manganaro | $500.00 |
| North | 1 | Lobby | 829 | DS | DOOR NOT PLUMB | Tight door opening | 12/5/2014 | N0119 | Manganaro | $2,500.00 |
| North | 1 | Lobby | 831 | F8 | Misalignment | Door frame | 12/5/2014 | N0126 | Manganaro | $500.00 |
| North | 1 | Lobby | 833 | W7 | WALL FINISH UNEVEN | Walls not finishes | 11/21/2014 | N0130 | Manganaro | $2,500.00 |
| North | 1 | Lobby | 847 | F8 | Misalignment | Gap | 12/5/2014 | N0123 | Manganaro | $500.00 |
| North | 2 | Offices | 5 | D3 | SCRATCH/INDENT | Scratches at door | 12/5/2014 | N0262 | Manganaro | $500.00 |
| North | 2 | Offices | 17 | WR | Wall Repair | Light does not align with wall | 11/21/2014 | N0252 | Manganaro | $500.00 |
| North | 2 | Offices | 19 | C9 | DAMAGED LIGHT/MECH DEVICE | Ceiling not framed properly. Should not butt to column. | 11/21/2014 | N0259 | Manganaro | $1,000.00 |
| North | 2 | Offices | 24 | C9 | DAMAGED LIGHT/MECH DEVICE | | 11/21/2014 | N0259 | Manganaro | $2,500.00 |
| North | 2 | Offices | 75 | M5 | MIS-ALIGNMENT | | 11/21/2014 | N0236 | Manganaro | $500.00 |
| North | 2 | Offices | 101 | C4 | PAINT/MUD ON CEILING | | 11/21/2014 | N0238 | Manganaro | $500.00 |
| North | 2 | Offices | 105 | C6 | GRID SAGGING/BENT | Adjust grid at corner | 11/21/2014 | N0244 | Manganaro | $500.00 |
| North | 2 | Offices | 421 | M5 | MIS-ALIGNMENT | Rough edge | 12/5/2014 | N0236 | Manganaro | $500.00 |
| North | 2 | Offices | 424 | M5 | MIS-ALIGNMENT | Rough edge | 12/5/2014 | N0236 | Manganaro | $500.00 |
| North | 2 | Offices | 507 | C6 | GRID SAGGING/BENT | | 12/5/2014 | N0240 | Manganaro | $500.00 |
| North | 2 | Offices | 520 | C6 | GRID SAGGING/BENT | | 12/5/2014 | N0240 | Manganaro | $500.00 |

| Tower | Floor | Area | Issue # | Stamp | Title | Description | Date | Room | Job Responsible | Estimated Value to finish |
|---|---|---|---|---|---|---|---|---|---|---|
| North | 2 | Offices | 523 | C9 | DAMAGED LIGHT/MECH DEVICE | Joint to large | 12/5/2014 | N0240 | Manganaro | $ 500.00 |
| North | 2 | Offices | 552 | M5 | MIS-ALIGNMENT | | 12/5/2014 | N0236 | Manganaro | $ 2,500.00 |
| North | 3 | Offices | 1025 | C3 | LAMP MISSING/NON-FUNCTIONING | Finish material surrounding light yet to be constructed | 11/6/2014 | N0357 | Manganaro | $ 2,000.00 |
| North | 4 | Offices | 5 | W6 | ROUGH/UNFINISHED EDGE | Corner damaged | 10/8/2014 | N0426 | Manganaro | $ 100.00 |
| South | 8 | Offices | 1798 | H4 | ALIGNMENT | | 9/4/2014 | S0857 | Manganaro | $ 2,500.00 |
| South | 8 | Offices | 1807 | H8 | Construction Not Tight | | 9/4/2014 | S0857 | Manganaro | $ 500.00 |
| South | 9 | Offices | 1933 | S6 | ALIGNMENT/ADJ. REQ'D | | 9/4/2014 | S0979 | Manganaro | $ 2,500.00 |
| South | 9 | Offices | 8 | H9 | CONSTRUCTION NOT TIGHT | | 9/2/2014 | S0925 | Manganaro | $ 500.00 |
| South | 9 | Offices | 691 | S6 | ALIGNMENT/ADJ. REQ'D | | 9/2/2014 | S0906 | Manganaro | $ 2,500.00 |
| South | 9 | Offices | 1330 | B5 | BASE/WALL SURFACE/UNEVEN | | 9/3/2014 | S0974 | Manganaro | $ 500.00 |
| South | 9 | Offices | 1332 | D6 | UNDERCUT AT DOOR EXCESSIVE/DOOR DRAGS | | 9/3/2014 | S0974 | Manganaro | $ 2,500.00 |
| South | 9 | Offices | 1361 | B5 | BASE/WALL SURFACE/UNEVEN | Crooked | 9/3/2014 | S0974 | Manganaro | $ 500.00 |
| South | 9 | Offices | 1406 | S6 | ALIGNMENT/ADJ. REQ'D | Face plate to be mounted flush on wall | 9/3/2014 | S0970 | Manganaro | $ 500.00 |
| South | 9 | Offices | 1749 | H8 | Construction Not Tight | | 9/3/2014 | S0984 | Manganaro | $ 2,500.00 |
| South | 9 | Offices | 1856 | H8 | Construction Not Tight | | 9/3/2014 | S0972 | Manganaro | $ 500.00 |
| South | 10 | Offices | 108 | H8 | Construction Not Tight | | 9/3/2014 | S0970 | Manganaro | $ 500.00 |
| South | 10 | Offices | 381 | H8 | Construction Not Tight | | 8/27 & 8/28/1 | S1014 | Manganaro | $ 500.00 |
| South | 10 | Offices | 387 | H8 | Construction Not Tight | | 8/27 & 8/28/1 | S1046 | Manganaro | $ 500.00 |
| South | 10 | Offices | 402 | H8 | Construction Not Tight | | 8/27 & 8/28/1 | S1045 | Manganaro | $ 500.00 |
| South | 10 | Offices | 420 | H8 | Construction Not Tight | | 8/27 & 8/28/1 | S1092 | Manganaro | $ 500.00 |
| South | 10 | Offices | 436 | H8 | Construction Not Tight | | 8/27 & 8/28/1 | S1044 | Manganaro | $ 500.00 |
| South | 10 | Offices | 472 | H8 | Construction Not Tight | | 8/27 & 8/28/1 | S1043 | Manganaro | $ 500.00 |
| South | 10 | Offices | 478 | H8 | Construction Not Tight | | 8/27 & 8/28/1 | S1038 | Manganaro | $ 500.00 |
| South | 11 | Offices | 571 | H7 | Door Alignment/adjustment | Doesn't shut correctly | 8/22/2014 | S1038 | Manganaro | $ 1,250.00 |
| South | 11 | Offices | 691 | S6 | ALIGNMENT/ADJ. REQ'D | | 8/22/2014 | S1106 | Manganaro | $ 500.00 |
| | | | | | | | | | | $ 265,350.00 |

# COVINGTON

BEIJING  BRUSSELS  LONDON  LOS ANGELES
NEW YORK  SAN FRANCISCO  SEOUL
SHANGHAI  SILICON VALLEY  WASHINGTON

John B. Waters
Executive Director

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 6037
jwaters@cov.com

July 21, 2015

Gregory Ferguson, COO
Structure Tone, Inc.
2300 Clarendon Boulevard
Arlington, VA 22201

Dear Greg:

**Re:  One and Two City Center - C&B - Failure to Complete Punch List**

This letter is in regard to that certain Standard Form of Agreement Between Covington & Burling LLP as Owner ("C&B") and Structure Tone, Inc., as Contractor ("STI") dated March 6, 2013 with respect to construction of C&B's professional law offices located at One and Two City Center, Washington, D.C. ("Construction Agreement").  Per Section 9.8.1 of the Construction Agreement, STI obtained Substantial Completion of the Work and issuance of the Certificate of Occupancy as of November 12, 2014.  Moreover, STI was provided a series of Punch List items during the period September through December, 2014, prepared by the Architect, Lehman Smith McLeish, PLLC, as contemplated by Section 9.8.5.1 of the Construction Agreement.

In accordance with Section 9.8.5.1 of the Construction Agreement, STI had thirty (30) days to complete the Punch List, or such longer time as may be fixed by C&B.  C&B has not fixed a longer time to any of the items on the Punch List, and STI has now had in excess of six (6) months to complete the same - - far far longer than the thirty (30) days set forth in the Construction Agreement.

In light of the lengthy period STI has had to complete the Punch List, and since most of the Punch List items remain incomplete, C&B hereby serves STI notice that STI has ten (10) additional days to complete the Punch List work, whereupon any or all items of work remaining incomplete, at any time and from time-to-time following such 10-day period, may be corrected by C&B at STI's expense.  Per Section 9.8.5.1 of the Construction Agreement, C&B will deduct the reasonable cost of completion from any amounts still owed to STI under the Construction

DEFENDANT'S
EXHIBIT
3
PENGAD 800-631-6989

**COVINGTON**

Gregory Ferguson, COO
July 21, 2015
Page 2


Agreement, and, if applicable, thereafter will seek to recover any shortfall from STI.  Completion of the work by C&B does not, of course, relieve STI from any obligations under the Construction Agreement nor any warranty with respect to any of the Work thereunder.

Sincerely,

John Waters
Executive Director

cc:  Robert J. Gage
     Bruce S. Wilson