UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANGANARO MIDATLANTIC, LLC

    Plaintiff/Counter-Defendant,

v.

STRUCTURE TONE, INC.

    Defendant/Counter-Plaintiff.

Case No. 1:15-cv-00468-JEB

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

To the Clerk of the Court:

    Pursuant to FRCP 41(a), please dismiss this matter **without prejudice to refile**.

Respectfully submitted,

*/s/ Howard G. Goldberg*
Howard G. Goldberg, Esq.
Goldberg and Banks, P.C.
1829 Reistertown Road, Suite 120
Pikesville, Maryland 21208

*Counsel for Plaintiff/Counter-Defendant*

*/s/ Shawn C. Whittaker*
Shawn C. Whittaker, Esq.
Whittaker & Associates, P.C.
1010 Rockville Pike, Ste. 607
Rockville, MD 20852
Phone: (301) 838-4502
Fax: (301) 838-4505
shawn@whittaker-law.com

*Counsel for Defendant/Counter-Plaintiff*

STIPULATION OF DISMISSAL W/O PREJ- 1

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 2nd day of October, 2015, a copy of the foregoing Stipulation was served, via electronic filing, on Plaintiff/Counter-Defendant Manganaro Midatlantic, LLC., c/o Howard G. Goldberg, Esq. ,Goldberg & Banks, PC, 1829 Reisterstown Road., Suite 120, Baltimore, MD 22102.

                                    <u>Shawn C. Whittaker</u>
                                    Shawn C. Whittaker